IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL ZARATE,

        Petitioner,

v.

ROBERT A. HOREL, Warden, et al.,

        Respondents.

No. C 10-04727 CW (PR)

JUDGMENT

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss signed today, the petition is DISMISSED for lack of federal habeas corpus jurisdiction and for lack of a cognizable claim.

IT IS SO ORDERED.

Dated: 3/20/2012

*(signature)*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE