IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ZARATE, | No. C 10-04727 CW (PR) |
|     Petitioner, | JUDGMENT |
|   v. | |
| ROBERT A. HOREL, Warden, et al., | |
|     Respondents. | |

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss signed today, the petition is DISMISSED for lack of federal habeas corpus jurisdiction and for lack of a cognizable claim.

IT IS SO ORDERED.

Dated: 3/20/2012

*Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE